Case 6:21-mj-06153-GEB   Document 1   Filed 08/27/21   Page 1 of 5

FILED
U.S. District Court
District of Kansas

8/27/2021

Clerk, U.S. District Court
By_____AA_____Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                CASE NO.  21-6153-01-GEB

**THOMMIE-LYN STANSKY,**

    Defendant.

# COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

Between a date unknown through August 23, 2021, in the District of Kansas, the defendant,

**THOMMIE-LYN STANSKY,**

knowingly used and attempted to use a minor, Minor Victim 1 whose identity is known to law enforcement, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be produced using materials that have been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means, in violation of Title 18 U.S.C. § 2251(a).

I further state that I am a Detective and Digital Forensics Examiner with the Wichita Police Department, with the Kansas ICAC Task Force, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

Hans Asmussen, Detective and Digital Forensics Examiner
Wichita Police Department - Kansas ICAC

Subscribed and sworn before me this ___27th___ day of August, 2021.

THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

**PENALTIES**
**Count 1**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

# AFFIDAVIT

I, Hans Asmussen, am a Detective and Digital Forensics Examiner in the Digital Forensics Unit with the Kansas Internet Crimes Against Children (ICAC) Task Force assigned to the office in Wichita, Kansas. This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their interviews and observations:

1) On August 23, 2021, agents executed a search warrant issued by this court in Case No. 21-6143-GEB.

2) The search warrant was for the premises and devices located at 1016 South 15th Street, Parsons, Kansas and was related to the search for child pornography.

3) The target at issue in the search warrant was Dustin Strom, who has been charged by federal complaint with Production of Child Pornography and Distribution of Child Pornography, in Case No. 21-6147-GEB.

4) While at the residence executing the search warrant, agents seized several devices, including the phone of Strom's cohabitant, Thommie-Lyn Stansky.

5) Stansky's device was among those provided to ICAC for forensic examination. Stansky provided written consent to examine the contents of her phone, a Samsung Galaxy S21 (IMEI 359506143268138).

6) Samsung phones and the components contained therein are known to be manufactured outside the state of Kansas

7) Several images of child pornography were found on Stansky's phone, including one that involves her personally. In that image, Thommie-Lyn Stansky has the penis of a pre-pubescent boy in her mouth (Minor Victim 1). Thommie-Lyn Stansky's face is visible in the photograph and she was positively identified by law enforcement.

Based on the foregoing facts, there is probable cause to find Thommie-Lyn Stansky, residing in Parsons, Kansas, has engaged in violations of:

18 U.S.C. §2251(a), Production of Child Pornography, in relation to Minor Victim 1, by using her Samsung phone.

HANS ASMUSSEN, Detective and Digital Forensics Examiner
Wichita Police Department - Kansas ICAC

Subscribed and sworn before me this __27th__ day of August 27, 2021.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge.